UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

# CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ____________ Original Plan

☐ ____________ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 8th Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Sylvia Carro JOINT DEBTOR: ____________ CASE NO.: 24-18180-LMI

SS#: xxx-xx- 6580 SS#: xxx-xx-________

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $89.54 for months 1 to 13 ;
2. $18,258.60 for months 14 to 14 ;
3. $2,078.29 for months 15 to 25 ;
4. $2,882.68 for months 26 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $6,755.00 Total Paid: $2,500.00 Balance Due: $4,255.00

Payable $4,255.00 /month (Months 14 to 14 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Chapter 13 Attorney Fees $5000+200(cost)=$5,200.00+Motion to Modify Plan $780.00 + Motion to Allow Late Filed Claim $775.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Miami Dade County Tax Collector

Address: 200 NW 2nd Ave
Miami, FL 33128

Arrearage/ Payoff on Petition Date $11,095.10

Payoff (Including 0% monthly interest) $4,052.74 /month (Months 14 to 14 )

Payoff (Including 0% monthly interest) $500.00 /month (Months 15 to 25 )

Last 4 Digits of ____________

Account No.: 6580 Payoff (Including 0% monthly interest) $44.07 /month (Months 26 to 60 )

Other:

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
1800 Collins Ave
Miami Beach, FL 33139

☐ Personal Property/Vehicle

Description of Collateral:

B. **VALUATION OF COLLATERAL:** ■ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE
2. **VEHICLES(S):** ■ NONE
3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** ■ NONE

E. **DIRECT PAYMENTS** ■ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Elida De La Cruz | 6580 | 1800 Collins Ave #5F, Miami Beach, FL 33139 |
| 2. | Tower 1800 Condo | 6580 | 1800 Collins Ave #5F, Miami Beach, FL 33139 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

Total Due: $24,458.60 Total Payment $24,458.60

Payable: $5,000.00 /month (Months 14 to 14 )

Payable: $800.00 /month (Months 15 to 25 )

Payable: $304.54 /month (Months 26 to 60 )

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay $3,125.00 /month (Months 14 to 14 )

Pay $570.46 /month (Months 15 to 25 )

Pay $2,245.80 /month (Months 26 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B**. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C**. SEPARATELY CLASSIFIED: ■ NONE

**VI.** **STUDENT LOAN PROGRAM** ■ NONE

**VII.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII.** **INCOME TAX RETURNS AND REFUNDS:**

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.** **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor
Sylvia Carro
Date

Joint Debtor
Date

/s/ Aimee Melich, Esq.
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

October 8, 2025
Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.