AMENDED

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Southern District Of Florida

**In re**
Sylvia Carro

**Debtor**

Case No. 24-18180
Chapter 13

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 7,530.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,275.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 4,255.00 |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. d) other services as needed or contemplated under engagement letter and/or plan

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

This includes any additional fees not contemplated by the local rules under the safe harbor guidelines for a Chapter 13 or as contemplated in the engagement letter for additional fees and services. This also includes any services that exceed the original estimated hours of combined work time for the Chapter 7 case or for the Chapter 13 case.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/16/2026
*Date*

/s/ Aimee Melich
*Signature of Attorney*

Aimee Melich Law
*Name of law firm*