**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

**In Re:** **PROCEEDINGS UNDER CHAPTER 13**
**CASE NO. 24-18180-PDR**

**SYLVIA A CARRO**

**Debtor(s).**

**DEBTOR'S COUNSEL EMERGENCY MOTION TO APPEAR VIA ZOOM**
**[Relief Requested Without a Hearing]**

**COMES NOW**, Debtors, **SYLVIA CARRO** by and through the undersigned counsel to move this Court for an Order permitting Debtor's counsel to appear by Video Conference/Zoom at the hearing on Debtor's Emergency Motion to Allow Sale of Homestead Property (DE#134) states as follows;

1. The Debtor filed this Chapter 13 case on August 13, 2024.
2. The Debtor's Emergency Motion to Allow Sale of Homestead Property is being heard on September 23, 2026, at 10:30 AM in C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8, Miami, FL 33128.
3. On September 23, 2026, undersigned counsel also has separate Chapter 13 confirmation hearings scheduled to proceed via Zoom shortly after the above-referenced hearing.
4. Undersigned counsel further has several meetings with clients that cannot be reasonably rescheduled on short notice.
5. As all other hearings and commitments Counsel has are being conducted via Zoom, Counsel is able to quickly log on and off hearings as needed and attend to any other necessities in the office.
6. If Counsel must come before this Honorable Court in person, it will be difficult to

also timely arrive and attend Zoom meetings.

7. Undersigned counsel will remain fully available and prepared to participate in the hearing remotely.
8. This will allow for smooth hearings with no delays due to appearance by counsel.
9. This motion is being filed on an emergency basis as undersigned counsel was unable to reasonably anticipate or arrange for an in-person appearance due to the expedited scheduling of the hearing.

**WHEREFORE**, Debtor's counsel respectfully requests this Court enter an Order granting the appearance at the previously mentioned hearings by Video Conference/Zoom and that this Court grant any such other relief this Court deems just, equitable and proper.

Respectfully submitted,

Aimee Melich Law, P.A.
*Attorney for Debtor*
7480 Bird Road #601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: ***/s/Aimee Melich, Esq.***

Aimee Melich, Esq./FBN.: 95066

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

**In Re:** **PROCEEDINGS UNDER CHAPTER 13**
**CASE NO. 24-18180-PDR**

**SYLVIA A CARRO**

**Debtor(s).**

**ORDER GRANTING DEBTOR'S COUNSEL EMERGENCY MOTION TO APPEAR VIA ZOOM**

This matter came before the Court on Debtor's Counsel's Motion to Appear via Zoom on September 22, 2026. The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. That Debtor's Counsel's Emergency Motion to Appear via Zoom is **GRANTED.**

2. The undersigned counsel may appear via zoom for the hearing scheduled on **September 23, 2026, at 10:00 AM.**

3. If permitted to appear remotely, you must register for the hearing no later than 4:30 p.m. one business day before the hearing, unless the hearing is set on an emergency basis, in which case you must register at least one hour before the hearing. To register, enter the following web address into a browser:

   https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

###

Respectfully Submitted,

Aimee Melich Law, P.A.
*Attorney for Debtor*
7480 Bird Road #601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

Aimee Melich, Esq./FBN.: 95066

Aimee Melich, Esq., is directed to mail a copy of this Order to all interested parties immediately upon receipt, and file a Certificate of Service shortly thereafter.